| | |
|---|---|
| 1 | Brandon L. Winchel (State Bar No. 344719) |
| | bwinchel@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive, Suite 800 |
| 3 | Irvine, California  92612.4408 |
| | Telephone:  +1.949.851.3939 |
| 4 | Facsimile:   +1.949.553.7539 |
| 5 | Attorneys for Defendant |
| | EXPERIAN INFORMATION SOLUTIONS, |
| 6 | INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TARA BLOK, | | Case No. 5:25-cv-00816-DTB |
| | Plaintiff, | Hon. David T. Bristow |
| v. | | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| CENTRAL RESEARCH INC; AND EXPERIAN INFORMATION SOLUTIONS, INC., | | |
| | Defendants. | Complaint Filed:    04/02/2025 |

Pursuant to Fed. R. Civ. P. 7.1 and Civil Local Rule 7.1-1, the undersigned Counsel of Record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies:  The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned:  The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

   a. Central Source LLC

   b. Online Data Exchange LLC

   c. New Management Services LLC

   d. VantageScore Solutions LLC

   e. Opt-Out Services LLC

  3. Publicly Held Companies:  Experian plc indirectly owns 100 percent of Experian.  Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated:  April 22, 2025        JONES DAY


                By: */s/ Brandon L. Winchel*
                   Brandon L. Winchel

                Attorneys for Defendant
                EXPERIAN INFORMATION SOLUTIONS, INC.